# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1169

CA 13-00344

PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, LINDLEY, AND VALENTINO, JJ.

---

ERICA DANIELS, PLAINTIFF-RESPONDENT,

                V                            MEMORANDUM AND ORDER

FRANCES A. RUMSEY, DEFENDANT-APPELLANT,
AND BUWAYNA DANIELS, DEFENDANT-RESPONDENT.
(APPEAL NO. 3.)

---

BOUVIER PARTNERSHIP, LLP, BUFFALO (NORMAN E.S. GREENE OF COUNSEL), FOR DEFENDANT-APPELLANT.

THE HIGGINS KANE LAW GROUP, P.C., BUFFALO (TERRENCE P. HIGGINS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

COHEN & LOMBARDO, P.C., BUFFALO (JAMES J. NASH OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered August 22, 2012.  The order, inter alia, granted the motion of defendant BuWayna Daniels for summary judgment dismissing the complaint and cross claims against her.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

    Same Memorandum as in *Daniels v Rumsey* ([appeal No. 2] ___ AD3d ___ [Nov. 15, 2013]).

Entered:  November 15, 2013                        Frances E. Cafarell
                                                Clerk of the Court